The Supreme Court docket number is SC 16917.

*Jon Berk*, in support of the petition.

*John C. Turner, Jr.*, in opposition.

Decided January 22, 2003

MICHAEL WALKER *v.* COMMISSIONER OF
CORRECTION

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Damon A. R. Kirschbaum*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided February 5, 2003

CAROL PEREZ *v.* COMMISSIONER OF CORRECTION

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Alan E. Dillon,* special public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided February 5, 2003

JEFFREY I. DONTIGNEY *v.* CLINTON ROBERTS

*Jeffrey I. Dontigney,* pro se, in support of the petition.

*Janis C. Jerman,* in opposition.

Decided February 5, 2003

MATTHEW ROBINSON *v.* COMMISSIONER OF
CORRECTION

*Richard C. Marquette,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided February 5, 2003